ORIGINAL

| | |
|---|---|
| RANDY W. FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; NORTHWEST AIRLINES, INC. LONG-TERM DISABILITY INCOME PLAN,<br><br>Defendants. | Case No: CV07-04283 GPS (JTLx)<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 3/21/08

_____
HONORABLE GEORGE P. SCHIAVELLI
Judge of the U.S. District Court

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ ____ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Frank N. Darras, Esq.
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Tel: (909) 390-3770
Fax: (909) 974-2121

*Attorneys for Plaintiff RANDY W. FOSTER*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **March 20, 2008**, at San Francisco, California.

_____
Nancy Li

---

1
CERTIFICATE OF SERVICE
USDC CDCA Case #CV07-04283 GPS (JTLx)
292275.1